**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION**

| | |
|---|---|
| **IN RE:**     **STEPHEN DALE PARSLEY,**<br>**Debtor** | Case No. 3:17-BK-33294-SHB<br>Chapter 7 |

**ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AND ABANDONMENT**

This matter having come before the Court pursuant to the motion of Movant, Bayview Loan Servicing, LLC for relief from the automatic stay, and the Court, being fully advised, finds that there was no opposition to the motion and, therefore, the motion is **GRANTED**.  Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure does not apply in this case.  Therefore, relief is hereby granted, the property is no longer property of the bankruptcy estate, and Movant is free to pursue state court remedies against the real property more commonly known as <u>405 North C Street, Lenoir City, TN 37771</u>, said real property being more particularly described as follows:

> **SITUATED in District Number Two (2) of Loudon County, Tennessee, and within the corporate limits of Lenoir City, Tennessee, and being all of Lots 17 and 18 in Block Twenty-One (21), Section Three (3) as shown by Paynes Map of the Town of Lenoir City, and being more particularly described as follows:**

**BEGINNING at an iron pin in the northeast line of "C" Street, said iron pin being distant 100 feet in a northwesterly direction from 3rd Avenue; thence with "C" Street, North 41 deg. 27 min. West, 50.00 feet to an iron pin; thence North 47 deg. 42 min. East, 142.51 feet to an alley; thence South 41 deg. 27 min. East, 50.00 feet to an iron pin; thence South 47 deg. 42 min. West, 142.51 feet to an iron pin the place of beginning as shown by the survey of Hinds Surveying Co., dated September 7, 2006.**

**Said property is conveyed subject to the Restrictions against the sale, manufacture and storage of Alcoholic beverages, including a reverter clause in favor of The Lenoir City Land Company of record in Deed Book 17, Page 24, in the Register's Office for Loudon County, Tennessee.**

**BEING the same property conveyed to First Parties, by Warranty Deed dated September 8, 2006, recorded in Deed Book 312, Page 376, in the Register's Office for Loudon County, Tennessee.**

**THIS CONVEYANCE is made subject to any and all applicable restrictions, easements and building setback lines as are shown recorded in the Loudon County Register's Office and further to any matter and/or condition which would be disclosed by a current, accurate survey or inspection of the property herein described.**

**IT IS SO ORDERED.**

### # # #

APPROVED:

*/s/ Michael N. Wennerlund*
Joel W. Giddens (016700)
Michael N. Wennerlund (031332)
Heather Martin-Herron (032248)
WILSON & ASSOCIATES, P.L.L.C.
320 North Cedar Bluff Road, Suite 240
Knoxville, Tennessee 37923
(865) 558-5688

W&A No. 106-324899
Loan No. XXXXXX8235